## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

ROBERT MARTINEZ,

              Plaintiff,            CIVIL NO.: 10-CV-4567 SRN/TNL

v.

                                   **NOTICE OF VOLUNTARY**

DELANORE, KEMPER & ASSOCIATES, LLC, **DISMISSAL WITH PREJUDICE**

              Defendant.

_____

      **NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                   MARTINEAU, GONKO & VAVRECK, PLLC


Dated: June 9, 2011                s/ Mark L. Vavreck                                      .
                                       Mark L. Vavreck, Esq.
                                       Attorney I.D.#0318619
                                       Designers Guild Building
                                       401 North Third Street, Suite 600
                                       Minneapolis, MN 55401
                                       mvavreck@mgvlawfirm.com
                                       Telephone: (612) 659-9500
                                       Facsimile:  (612) 659-9220

                                      ATTORNEY FOR PLAINTIFF