UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

ROBERT MARTINEZ,

        Plaintiff,         CIVIL NO.: 10-CV-4567 SRN/TNL

v.

DELANORE, KEMPER & ASSOCIATES, LLC,    **ORDER FOR DISMISSAL**

        Defendant.
_____

The Notice of Voluntary Dismissal, having been presented to the Court on behalf of Plaintiff, (Doc. No. 5), **IT IS ORDERED** that the above-entitled action be and the same hereby is dismissed with prejudice and on the merits, and without costs, disbursements or attorney fees to any party.


Dated:  June 10, 2011        <u>s/ Susan Richard Nelson</u>
        SUSAN RICHARD NELSON
        United States District Judge